UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

United States of America,                                    COMPLAINT

             Plaintiff,                                    Civil Action No.

        - against -

Ernst Ducena aka Ernst Ducena, M.D.

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

        The United States of America alleges that:

        FIRST:     Jurisdiction is conferred upon this Court pursuant to Title 28, United States Code, Section 1345.

        SECOND:     On information and belief, the Defendant resides within the Eastern District of New York at 495 Emerson Ave, North Baldwin, New York 11510.

        THIRD:     This lawsuit is filed for a sum certain due the Plaintiff.

        FOURTH:     The Defendant is a physician currently registered under license # 210429 in New York State.   The Defendant owes the United States the total of $390,636.40, that is, $218,105.34 in principal, $172,531.06 in interest as of 1/30/19 as set forth in the Certificate of Indebtedness, incorporated herein by reference, attached as Exhibit "A".

        FIFTH:     The Defendant was approved to participate in the National Health Services Corps Loan Repayment Program.   The Defendant agreed to provide health services on a full-time basis in a health professional shortage area of a period of two years (8/1/11 – 7/31/13). The Defendant was excluded from N.Y. Medicaid effective 6/14/2012, defaulted, and did not complete the service obligation.

SIXTH:     As a result of aforesaid default, the Defendant is liable to the Plaintiff for the balance set forth in the Certificate of Intendedness.   Interest continues to accrue on the from 1/31/19 at a rate of 10.875% per annum, or $64.98 per diem.   Exhibit A.

SEVENTH:     No part of the aforesaid sum has paid, although duly demanded.

WHEREFORE, the United States demands judgment against defendant as follows:

1.     In the amount of $390,636.40, that is, $218,105.34 in principal, $172,531.06 in interest as of 1/30/19.

2.     Pre-judgment interest at the rate of 10.875% per annum, or $64.98 per diem, from January 31, 2019 through the date of judgment on the amount set forth in subparagraph 1, above,

3.     Post-judgment interest, pursuant to 28 U.S.C. ' 1961 at the legal rate then in effect, from the date of entry of judgment until the judgment is paid in full;

4.     Administrative costs of suit; and

5.     Such other relief as this Court may deem just and proper.

Dated: New York, New York
        August 13, 2019

Respectfully submitted,

BY: */s/ John S. Manfredi*
John S. Manfredi
ATTORNEY FOR THE UNITED STATES OF AMERICA
Manfredi Law Group, PLLC
302 East 19th St. Suite 2A
New York, New York 10003
PH: 347 614 7006
Fax 347 332 1740