Exhibit A



# DEPARTMENT OF HEALTH & HUMAN SERVICES

Program Support Center

Debt Collection Center

## CERTIFICATE OF INDEBTEDNESS
### National Health Service Corps
*Loan Repayment Program*

Ernst Ducena, M.D.
495 Emerson Ave
North Baldwin, NY 11510-2202
REF: 23140027
SSN: XXX-XX-4670

**Total debt due United States as of January 30, 2019: $390,636.40 (principal $218,105.34, interest $172,531.06).**

I certify that the Department of Health and Human Services' (DHHS) records show that the individual named above is indebted to the United States in the amount stated above. Interest accrues on the principal amount of this debt at the fixed rate of 10.875% per annum. The interest accrues at $64.98 per day.

Dr. Ducena submitted an application to participate in the National Health Service Corps (NHSC) Loan Repayment Program (LRP) (42 U.S.C. 254l-1). The application was approved, and he entered into an NHSC/LRP contract on August 1, 2011. Funds totaling $60,000.00 were paid to him by the Federal government in accordance with the provisions of the statute and implementing regulations [42 C.F.R. Part 62, Subpart B].

These funds were paid upon the condition that he provide health services on a full-time clinical basis in a health professional shortage area (designated under 42 U.S.C. 254e and 42 C.F.R. Part 5) assigned by the Secretary. He was obligated to provide service for 2 years, from August 01, 2011 to July 31, 2013 at Susan's Place in Bronx, New York. He was placed in default effective October 24, 2011 due to being excluded from New York Medicaid. He did not complete the service obligation owed under the written contract. He completed 84 days; 2 full months of service.

Pursuant to 42 U.S.C. 254o(c)(1), if (for any reason) an individual fails either to begin or to complete his or her period of obligated service, the United States shall be entitled to recover from the individual an amount equal to the sum of:

    (A) the total of the amounts paid by the United States for any period of obligated service not served,
    (B) a penalty equal to the product of the number of months of obligated service that were not completed by an individual, multiplied by $7,500, and
    (C) interest on the above amounts from the date of the breach;

        except, the amount the United States is entitled to recover shall not be less than $31,000.00.

## PAGE 2 - CERTIFICATE OF INDEBTEDNESS – ERNST DUCENA, M.D.

The amount the United States is entitled to recover consists of:

(A) the total of the amounts paid by the United States for any period of obligated service not served,

- $53,105.34; ($60,000 *divided by 731* obligated service days *times 647* days unserved), and

(B) an amount equal to the product of the full number of months of obligated service not completed, multiplied by $7,500.00.

- $165,000.00 ($7,500 *multiplied by 22* months of service not completed)

For a total beginning principal of $218,105.34

(C) interest on the above amounts from the date of the breach.

On December 5, 2013, he was notified that he had been placed in default for failing to fulfill the requirements of his NHSC/LRP contract. He was advised that the debt must be paid within one (1) year from the date of default. He was also provided instructions for entering a repayment agreement.

By letter dated December 6, 2013, he was advised that his account was delinquent. He was notified of HHS' intent to refer his debt to other Federal agencies for the purpose of administrative offset, which may include Federal tax refund offset, salary offset, wage garnishment, and other Federal or State Agencies payments. He was advised that paying the debt in full or entering into an RA would terminate administrative offset.

In a letter dated January 30, 2014, he was advised that his account had been referred to a private collection agency. He was notified that unless payment in full or an RA was concluded, the account would be referred to DOJ for enforced collection.

By letters dated July 15, 2017, November 3, 2018 and November 22, 2018, Dr. Ducena  was sent a final notice regarding the delinquent debt.  He was advised that if repayment arrangements were not finalized that his debt would be referred to the DOJ for enforced collection.  He did not comply.

Repeated attempts by HHS have been unsuccessful in establishing an acceptable repayment agreement. The debt is now being referred to the U.S. Department of Justice (DOJ) for enforced collection.

**CERTIFICATION:** *Pursuant to 28 U.S.C. 1746, I certify under penalty of perjury that the foregoing is true and correct.*

2/6/2019

Date

Melodie R. Sanders
Chief, Debt Referral Section
Program Support Center
U.S. Department of Health and Human Services