UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                              :

**UNITED STATES OF AMERICA**,

                    Plaintiff,

                                  :   **MEMORANDUM AND ORDER**

        – against –                  :   19-CV-4650 (AMD) (PK)

**ERNST DUCENA**,

                    Defendant.
--------------------------------------------------------------- X

**ANN M. DONNELLY**, United States District Judge:

      The plaintiff filed this action against Ernst Ducena on August 13, 2019, seeking damages pursuant to 42 U.S.C. § 254o(c)(1), which governs the National Health Service Corps Scholarship Program.  (ECF No. 1.)  The plaintiff filed a second amended complaint on February 2, 2021, which it served on the defendant on February 4, 2021.  (ECF Nos. 19, 22.)  The clerk entered a certificate of default on March 5, 2021.  (ECF No. 25.)  On March 16, 2021, the plaintiff filed a motion for default judgment, which I referred to Magistrate Judge Kuo that same day.  (ECF No. 26.)

      Judge Kuo issued a thorough report and recommendation on July 27, 2021, in which she recommends that I grant the plaintiff's motion.  (ECF No. 28.)  No party filed an objection to the report and recommendation, and the time to do so has passed.

      Judge Kuo recommends that the Court award $349,740.90 to the plaintiff, which includes $44,897.40 pursuant to 42 U.S.C. § 254o(c)(1)(a), $135,000 pursuant to 42 U.S.C. § 254o(c)(1)(B), and $169,843.50 interest as of January 25, 2021, plus additional interest

accruing at the rate of $51.75 per day from January 26, 2021 until the date of judgment, pursuant to 42 U.S.C. § 254o(c)(1)(C).

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).  To accept a report and recommendation to which no timely objection has been made, "a district court need only satisfy itself that there is no clear error on the face of the record."  *VOX Amplification Ltd. v. Meussdorffer*, 50 F. Supp. 3d 355, 369 (E.D.N.Y. 2014).

I have reviewed Judge Kuo's well-reasoned and comprehensive report and recommendation and find no error.  Accordingly, I adopt the report and recommendation in its entirety.

**SO ORDERED.**

                                                           s/Ann M. Donnelly
                                                           ANN M. DONNELLY
                                                           United States District Judge

Dated: Brooklyn, New York
         October 21, 2021